IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

Appeal No. 15-14630
_____

MARGO PERRYMAN
Movant-Appellant,

v.

OCWEN LOAN SERVICING, LLC, et al.
Defendants-Appellees, and JENNIFER LEE
Plaintiff-Appellee

_____

Appeal from the United States District Court
for the Southern District of Florida
Case No. 0:14-CV-60649-JG

_____

**APPELLANT MARGO PERRYMAN'S MOTION FOR EXTENSION
OF TIME TO FILE OPENING APPELLANT'S BRIEF**

_____

Barry Himmelstein
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA  94608
Tel: 510-450-0782
Fax: 510-924-0403
barry@himmellaw.com

Sheri L. Kelly
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA  95112
Tel.: 408-287-7712
Fax: 408-583-4249
slk@sherikellylaw.com

*Counsel for Appellant Margo Perryman*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF
# <u>APPELLANT MARGO PERRYMAN</u>

American Bankers Insurance Company of Florida

American Security Insurance Company

Anderson & Stewart, LLP

Aronovitz, Tod

Assurant, Inc. (AIZ)

Becker, Ryan A.

Blacklocks, Stephen R.

BuckleySandler, LLP

Burt, Franklin G.

Bushman, Howard

Carlton Fields Jorden Burt P.A.

Ciolko, Edward W.

Clarizia, John

Coulthurst, Gerald

Dhaliwal, Amanjot Singh

Dominguez, Enrique

Engelhardt, Lisa Chamberlin

Erving, Frances

Erving, Johnnie

Fortson, Mary K.

Golant, Jeffrey

Golant, Margery Ellen

Goodman, Jonathan

Gravante, John III

Gurian Group, P.A.

Gurian, Joseph

Harke Clasby & Bushman LLP

Harke, Lance

Heard, Shelia D.

Himmelstein, Barry R.

Holland & Knight LLP

Homeward Residential Holdings, Inc.

Hunton & Williams

Jhabvala, Farrokh

Kelly, Sheri L.

Kessler, Topaz, Meltzer & Check, LLP

Kozyak Tropin & Throckmorton, PA

Lee, Corey Anthony

Lee, Jennifer

Lenard, Joan A.

Lifshitz, Tal J.

Litton Loan Servicing, LP

Lyle, Abigail M.

Merten, W. Glenn

Moskowitz, Adam

Neary, Robert J.

Nesmith, Roosevelt N.

Ocwen Financial Corp. (OCN)

Ocwen Loan Servicing, LLC

Otero, Brian V.

Patrick, Douglas A.

Perryman, Brian Patrick

Podhurst Orseck, P.A.

Prieto, Peter

Ronzetti, Thomas

Shaw, Sean Michael

Sheffman, S. David

Solares, Irma Reboso

Solotaroff, Jason L.

Standard Guaranty Insurance Company

Sullivan, Rachel

The Merlin Law Group

Voyager Indemnity Insurance Company

Weinshall, Matthew P.

Pursuant to 11th Cir. R. 31-2(a) and (b), Appellant Margo Perryman ("Perryman") respectfully requests an extension of time of thirty (30) days for service of the opening appellant's brief, through and including December 23, 2015. Perryman filed her Notice of Appeal in the district court on October 13. Perryman's current deadline for filing the opening appellant's brief is November 23.

Good cause exists to grant this request. Counsel for Perryman serve as lead trial counsel in several other cases, have other pre-existing deadlines in those cases, and have a pre-existing deadline in another appeal that will make it difficult to devote attention to preparing the opening brief in this case by the current November 23 deadline. These deadlines include:

(1) November 24: Appellees' brief due in *In Re: HSBC Bank USA, N.A.,* 2nd Cir. Case No. 15-1551 (attorney Barry Himmelstein);

(2) November 23: Motion for summary adjudication due in *Titan Systems, Inc. v. Vickerman Construction Co., et al.,* California Superior Court, San Mateo County Case No. CLJ535651 (attorney Sheri L. Kelly); and

(3) November 19: Amended complaint due in *Perryman v. Litton Loan Servicing, LP, et al.,* N.D. Cal. Case No. 14-02261-JST.

The undersigned has conferred with all counsel for Appellees concerning this request. Counsel for Appellees Ocwen Loan Servicing, LLC, Assurant, Inc., American Security Insurance Company, Standard Guarantee Insurance Company, Voyager Indemnity Insurance Company, and American Bankers Insurance Company of Florida have indicated that they do not oppose an even *longer* extension of time for Perryman to file her opening brief, to and including February 4, 2016.

Counsel for appellee Jennifer Lee ("Lee"), however, oppose Perryman's request for a 30-day extension. They instead agree to a 14-day extension only. Counsel for Perryman advised Counsel for Lee about their scheduling conflicts, and also advised that a 14-day extension would require Perryman's Counsel to spend the Thanksgiving holiday preparing the opening brief. Counsel for Lee did not provide any reason for opposing Perryman's request for a 30-day extension.

Accordingly, good cause existing, Appellant Margo Perryman respectfully requests the entry of an order extending the deadline for service of the opening appellant's brief by thirty (30) days to and including December 23, 2015.

Respectfully Submitted,

*/s/ Sheri L. Kelly*
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA  95112
Tel: 408-287-7712
Fax: 408-583-4249
slk@sherikellylaw.com

Barry Himmelstein
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA  94608
Tel: 510-450-0782
Fax: 510-924-0403
barry@himmellaw.com

*Counsel for Appellant Margo Perryman*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the CM/ECF filing system on November 9, 2015 and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/ Sheri L. Kelly*
Sheri L. Kelly
